Opinion issued January 15, 2009














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00977-CR

____________


REYNALDO RUIZ, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 268th District Court 

Fort Bend County, Texas

Trial Court Cause No. 22282






MEMORANDUM OPINION

 On December 11, 2008, appellant, Reynaldo Ruiz, filed a motion to dismiss the
above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Alcala and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).